1

2

3

4

5

6

7

8                    United States District Court

9                  Eastern District of California

10

11

12  Eric D. Perry,

13           Plaintiff,              No. Civ. S 03-1361 FCD PAN P

14      vs.                          Order

15  County of Solano, et al.,

16           Defendants.

17                              -oOo-

18      Defendant's motion for summary judgment is submitted.

19  Accordingly, the pretrial conference and trial dates set in the

20  August 18, 2004, scheduling order are vacated, to be re-set as

21  necessary by further order.

22      So ordered.

23      Dated:  May 10, 2005.

24
                            /s/ Peter A. Nowinski
25                          PETER A. NOWINSKI
                            Magistrate Judge
26