United States District Court

Eastern District of California

Eric D. Perry,

      Plaintiff,                   No. Civ. S 03-1361 FCD PAN P

  vs.                           Order

County of Solano, et al.,

      Defendants.

-oOo-

June 8, 2005, plaintiff moved for "default judgment" for defendant's "failure" to file a pretrial statement. Pretrial conference was vacated by May 11, 2005, order. Plaintiff's motion for default is denied.

So ordered.

Dated: June 9, 2005.

                                  /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge