United States District Court

Eastern District of California

Eric D. Perry,

       Plaintiff,                   No. Civ. S 03-1361 FCD PAN P

  vs.                             Order

County of Solano, et al.,

       Defendants.

-oOo-

Good cause appearing, pretrial conference, to be conducted on the papers, is set for October 7, 2005. Plaintiff's pretrial statement is due filed and served September 8, 2005, and defendant's pretrial statement is due filed and served September 22, 2005.

So ordered.

Dated: August 23, 2005.

                                       /s/ Peter A. Nowinski
                                       PETER A. NOWINSKI
                                       Magistrate Judge