1  Russell A. Robinson, 163937
   Law Office of Russell A. Robinson, APC
2  345 Grove Street, First Floor
   San Francisco CA 94102
3  TEL:  415.255.0462
   FAX:  415.431.4526
4
   Counsel for Plaintiff
5  ERIC PERRY

6

7

8               UNITED STATES DISTRICT COURT

9           EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

10

11  ERIC PERRY,                        )  No.   CIV-S-03-1361 FCD PAN P
                                       )
12         Plaintiff,                  )  **PLAINTIFF'S SUBSTITUTION OF**
                                       )  **COUNSEL; ORDER**
13  v.                                 )  **[Jury Trial Demanded]**
                                       )
14  LAWRENCE STACKS, aka "WILSON       )
    STACKS",                           )
15                                     )
           Defendant.                  )
16  _____   )

17      TO THE HONORABLE COURT, TO ALL PARTIES, AND TO COUNSEL:

18      Plaintiff Eric Perry has represented himself, *in pro per*.  However, he has found suitable

19  counsel and wishes to be represented by said counsel.  Plaintiff Eric Perry hereby makes the

20  following substitution of counsel in this matter:

21      New counsel of record:  **Russell A. Robinson and the Law Office of Russell A.**

22  **Robinson, APC, 345 Grove Street, First Floor, San Francisco CA 94102, 415.255.0462.**

23      I hereby agree and consent to the above substitution.

24
        Date:  December  , 2006            _____/S/_____
25                                         By:   Plaintiff Eric Perry
                                           Party-plaintiff and *In Pro Per* litigant
26

1   I consent to be counsel of record for Plaintiff ERIC from the date of this filing.

2

3   Date:   December  , 2006              _____/S/_____
                                          Law Office of Russell A. Robinson, APC
4                                         By:     Russell A. Robinson
                                          Counsel for Plaintiff ERIC PERRY
5

6

7                                       **ORDER**

8   Good cause appearing, the substitution is hereby permitted.  The Clerk is directed to serve

9   the Final Pretrial Order filed September 29, 2006 on new counsel.

10  **IT IS SO ORDERED.**

11  Date:   January 3, 2007

12

13

14  _____
    FRANK C. DAMRELL, JR.
15  UNITED STATES DISTRICT JUDGE