UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ERIC D. PERRY,

       Plaintiff,                     CIV. NO. S-03-1361 FCD/EFB P

    v.

LAWRENCE STACKS,                   TRIAL CONFIRMATION ORDER

       Defendant.

_____/

      Pursuant to the Final Pretrial Order, a Trial Confirmation Hearing ("TCH") was set for May 4, 2007.  In light of the Substitution of Counsel filed January 3, 2007 the TCH is VACATED and the court issues the following order to supplement the pretrial order:

## I.  JURY TRIAL

      The trial date of June 26, 2007 is confirmed.

## II.  MOTIONS IN LIMINE

      In limine motions shall be filed **at least fourteen (14) *calendar* days prior to trial.** Opposition, if any, must be filed **seven (7) *calendar* days prior to trial**.  In limine motions will be heard at 9:00 a.m. on the date of trial.

*///*

### III. <u>TRIAL BRIEFS</u>

Counsel are directed to Local Rule 16-285 regarding the contents of trial briefs. Trial briefs should be filed **fourteen (14) calendar days prior to trial.**

### IV.   <u>JOINT STATEMENT OF CASE</u>

The parties shall submit a short, jointly-prepared statement concerning the nature of this case that can be read to the jury at the commencement of trial (**no exceptions**). The joint statement of the case shall include in <u>plain concise language</u> the claims of plaintiff(s) and claims of other parties, if any, and the corresponding defense(s) to the claims. The purpose of the joint statement of the case is to inform the jury at the outset, what the case is about. The statement shall be filed **no later than fourteen (14) calendar days** before the commencement of trial. Concurrently with the submission of the statement, the parties shall send a copy of the statement, in a word processing format, to: **fcdorders@caed.uscourts.gov**.

### V. <u>WITNESSES AND EXHIBITS</u>

The parties shall electronically file a final copy of their witness list no later than seven (7) days prior to the start of trial.

Plaintiff's exhibits shall be listed numerically. Defendant's exhibits shall be listed alphabetically. The parties shall use the standard exhibit stickers provided by the court: pink for plaintiff and blue for defendant. All multi page exhibits shall be stapled or otherwise fastened together and each page within the exhibit shall be numbered. The list of exhibits shall not include excerpts of depositions, which may be used to impeach witnesses.

Each party may use an exhibit designated by the other. **In the event that plaintiff(s) and defendant(s) offer the same exhibit during trial, that exhibit shall be referred to by the designation the exhibit is <u>first identified</u>. The court cautions the parties to pay attention to this detail so that all concerned, including the jury, will not be confused by one exhibit being identified with both a number and a letter.**

1    As to each exhibit, each party is ordered to exchange copies of the exhibit **not later than**

2  **twenty-one (21) calendar days prior to trial**.  Each party is then granted **ten (10) calendar**

3  **days to object** to the exhibit(s).   Objections will be heard at 9:00 a.m. on the date of trial.  The

4  hearing on the objections will be scheduled at the same time that in limine motions are heard.  In

5  making the objection, the party is to set forth the grounds for the objection.  Each party is

6  directed to present to Maureen Price, Deputy Courtroom Clerk, the original exhibits and one (1)

7  copy for the court, **no later than 3:00 p.m. on the Friday before trial,** or at such earlier time as

8  may be agreed upon.  As to each exhibit which is not objected to, it shall be marked and may be

9  received into evidence on motion and will require no further foundation.  Each exhibit which is

10  objected to will be marked for identification only.

11    The Court's copy shall be presented in a 3-ring binder(s) with a side tab identifying each

12  exhibit by number or letter.  Each binder shall be no larger than two and one half  (2 ½)  inches

13  in width and have an identification label on the front and side panel.  If this requirement is not

14  practicable, please contact the courtroom deputy seven (7) days prior to trial to make other

15  arrangements.

16    The second copy provided by the parties shall be in a 3-ring binder(s), identical to the

17  Court's; containing the original exhibits, for use on the witness stand.

18  

**VI.  DISCOVERY DOCUMENTS**

19    A.    Filing Depositions.  It is the duty of counsel to ensure that any deposition which is

20  to be used at trial has been lodged  with the Clerk of the Court.  Counsel are cautioned that a

21  failure to discharge this duty may result in the court precluding use of the deposition or

22  imposition of such other sanctions as the court deems appropriate.  The Court does not require

23  courtesy copies sent to chambers.

24    B.    Use of Depositions.  The parties are ordered to file with the court and exchange

25  between themselves **not later than seven (7) calendar days before the trial** a statement

26  designating portions of depositions intended to be offered or read into evidence (except for

3

portions to be used only for impeachment or rebuttal).

C.    Interrogatories.  The parties are ordered to file with the court and exchange between themselves **not later than seven (7) calendar days before trial** the portions of Answers to Interrogatories which the respective parties intend to offer or read into evidence at the trial (except portions to be used only for impeachment or rebuttal).

## VII.  PROPOSED JURY INSTRUCTIONS, VOIR DIRE, VERDICT FORM

### A.    Jury Instructions

Jury selection shall commence at 1:30 p.m. on the date of trial.  Counsel shall use the 2001 Ninth Circuit Model Jury Instructions and amendments therefore.  Alternate instruction or authority may only be used if Ninth Circuit Model Jury Instruction does not apply. Counsel shall submit only those special jury instructions which pertain to the claims, defenses, damages and other specific issues that are relevant to the case.  **Instructions  shall be submitted electronically fourteen (14) calendar days prior to the date of the trial**.

As to instructions on which there is dispute, the parties shall adhere to the following procedure:

1.    The party offering contested instruction (s) shall submit the instruction(s) and a brief memorandum in support of the contested instruction(s).

2.    The party shall number the contested instruction in a manner that shows where each contested instruction should be placed in the tendered joint instructions.

3.    The contested instruction(s) and memorandum **shall be filed with the joint set of instructions.**

4.    The party opposed to the contested instruction(s) shall submit a brief memorandum succinctly stating the legal basis of the objection(s) **seven (7) court days prior to the date of the trial.**

All instructions shall be, to the extent possible, concise, understandable, and free from

argument.  See Local Rule 51-163(c).  Parties shall also note that any modifications of instructions from statutory authority, case law or from any form of pattern instructions must specifically state the modification by underlining additions and bracketing deletions, except in the "clean version" for use by the jury.

As to any instruction counsel desires to offer shall be in accordance with Local Rule 51-163(b).

**B.**     **Verdict Form**

The parties shall electronically submit a joint verdict form(s) concurrently with proposed jury instructions **fourteen (14) calendar days prior to the commencement of trial.**   If necessary, a special verdict or interrogatories shall be included.   See Local Rule 51-163(e). Where disagreement exists, the parties shall explain the disagreement and file points and authorities supporting their respective positions **seven (7) court days prior to the date of trial.**

**C.**     **Voir Dire**

Most of the examination of prospective jurors will be conducted by the court.  (See Local Rule 47-162)  Proposed voir dire questions shall be electronically submitted to the court **seven (7) calendar days prior to the date of trial.**

**D.**     **Electronic Submission**

**At the time of the electronic submission of their respective proposed jury instructions, verdict form(s), and voir dire questions as listed above, counsel shall also submit electronically to chambers, copies of these documents in a word processing format to: fcdorders@caed.uscourts.gov.**

**E.**     **Failure to Participate**

The failure of one or more of the parties to participate in the preparation of joint jury instructions, proposed verdict form(s), or voir dire questions does not excuse the other party or parties from their obligation to timely file these documents with the court in accordance with this Order.  In the event of such failure, the party or parties timely submitting these documents

1   shall include a declaration setting forth the reason for the lack of participation.

2                    **VIII.   AUDIO/VISUAL EQUIPMENT**

3         The parties are required to make a joint request, in writing to the Courtroom Deputy,

4   Maureen Price, **twenty-one (21) calendar days prior to the commencement of trial** if they

5   wish to reserve and arrange for orientation with all parties on the court's mobile audio/visual

6   equipment for presentation of evidence.  The request shall be sent via email to:

7   **mprice@caed.uscourts.gov**. There will be only one date and time set for such orientation, if

8   necessary.  Because each courtroom is not individually equipped with the mobile audio/visual

9   equipment, the equipment may already be reserved for another courtroom.  In such, case, the

10  parties will need to consult with Ms. Price if they wish to furnish their own equipment and

11  operator with the permanent equipment in the courtroom.

12        IT IS SO ORDERED.

13  DATED: May 2, 2007

14

15

16                                        FRANK C. DAMRELL, JR.

17                                        UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

                                     6