UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ERIC PERRY,

        Plaintiff,

   v.

LAWRENCE STACKS, aka
WILSON STACKS,

        Defendant.

NO. CIV. S-03-1361 FCD PAN P

MEMORANDUM AND ORDER

----oo0oo----

This matter is before the court on a motion to withdraw as counsel of record brought by plaintiff's counsel Russell A. Robinson.[1] Plaintiff Eric Perry consents to the withdrawal. (Docket #147-2 [Substitution of Counsel with Consent of Party].) Defendant Lawrence Stacks does not oppose the motion. (Stmt. of Non-Opp'n, filed July 30, 2007.)

As such, the court, finding good cause to permit withdrawal because it has become "unreasonably difficult" for counsel to

---

[1] Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs. E.D. Cal. L.R. 78-230(h).

1

1 | carry out his duties effectively (Cal. Rules Prof. Conduct, Rule
2 | 3-700(c)(1)(d)), hereby GRANTS attorney Russell Robinson's motion
3 | to withdraw as counsel.  (E.D. Cal. L.R. 83-182(d).)
4 |     Plaintiff Eric Perry now appears in this case *pro per*.  (<u>Id.</u>
5 | at 83-183.)  The Clerk of the Court is directed to add plaintiff
6 | to the service list as a pro se litigant; his address is 1472
7 | Michigan Street, Fairfield, CA 94533.
8 |     The jury trial and pending motions in limine are RESET for
9 | Tuesday, February 5, 2008 at 9:00 a.m.
10 |     IT IS SO ORDERED.
11 | DATED: August 14, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2