|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | **FILED**<br>January 20, 2009<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |
| EASTERN DISTRICT OF CALIFORNIA | DEPUTY CLERK |

## JUDGMENT IN A CIVIL CASE

ERIC PERRY,

      Plaintiff,                    CIV S-03-1361 FCD EFB P

   v.

LAWRENCE STACKS,

      Defendant.

IT IS ORDERED AND ADJUDGED:

**THAT JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT IN ACCORDANCE WITH THE MINUTES OF THE JURY TRIAL/COURT HEARING ON APRIL 8, 2008.**

                                                  Victoria C. Minor,
                                                  Clerk of the Court

ENTERED:   January 20, 2009

                                                  by:_____/s/_____
                                                  Michele Krueger,
                                                  Courtroom Deputy